| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Stahl, Norman H. | 2. Court or Organization<br><br>US Court of Appeals - 1st Circuit | 3. Date of Report<br><br>7/26/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US Court of Appeals
1 Courthouse Way, Suite 8730
Boston, Massachusetts 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Board Member | Tufts Medical Center Board of Govenors |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. /09Ashland House Associates, Bedford, NH | E | Rent | M | W | | | | | |
| 2. | A | Interest | | | | | | | |
| 3. Trust # 1 -- Common Stocks | D | Dividend | N | T | | | | | |
| 4. - Cmn Stk, Exxon Mobil | | | | | | | | | |
| 5. - Cmn Stk, Kellogg Co | | | | | Sold (part) | 5/5/11 | J | B | |
| 6. - Cmn Stk, Pepsico | | | | | Buy (add'l) | 2/18/11 | J | | |
| 7. | | | | | Buy (add'l) | 3/15/11 | J | | |
| 8. | | | | | Sold (part) | 9/29/11 | J | A | |
| 9. - Cmn Stk, Charles Schwab Corp | | | | | Sold (part) | 9/7/11 | J | | |
| 10. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 11. - Cmn Stk, EBAY Inc. | | | | | Buy (add'l) | 04/28/11 | J | | |
| 12. | | | | | Buy (add'l) | 05/26/11 | J | | |
| 13. - Cmn Stk, Adobe Systems | | | | | Buy (add'l) | 07/27/11 | J | | |
| 14. | | | | | Buy (add'l) | 7/28/11 | J | | |
| 15. | | | | | Sold (part) | 11/03/11 | J | | |
| 16. - Cmn Stk, Google | | | | | Buy (add'l) | 06/17/11 | J | | |
| 17. | | | | | Buy (add'l) | 06/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/17/11 | J | | |
| 19. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 20. | | | | | Sold (part) | 07/26/11 | J | | |
| 21. - Cmn Stk, Nestle SA | | | | | Sold (part) | 08/11/11 | J | A | |
| 22. - Cmn Stk, Coca Cola Company | | | | | Sold (part) | 04/06/11 | J | A | |
| 23. | | | | | Sold (part) | 7/26/11 | J | A | |
| 24. - Cmn Stk, Diageo PLC | | | | | Buy (add'l) | 01/14/11 | J | | |
| 25. - Cmn Stk, Costco Wholesale Corp | | | | | Sold (part) | 1/14/11 | J | A | |
| 26. | | | | | Sold | 2/8/11 | J | A | |
| 27. - Cmn Stk, Gartner Inc | | | | | Sold | 01/03/11 | J | A | |
| 28. - Cmn Stk, Hasbro Inc | | | | | Buy (add'l) | 7/19/11 | J | | |
| 29. | | | | | Buy (add'l) | 12/1/11 | J | | |
| 30. - Cmn Stk, McDonalds Corp | | | | | Sold (part) | 6/23/11 | J | A | |
| 31. | | | | | Sold (part) | 7/18/11 | J | A | |
| 32. - Cmn Stk, Scripps NTWK | | | | | Buy (add'l) | 8/10/11 | J | | |
| 33. - Cmn Stk, Time Warner Inc | | | | | Sold (part) | 4/15/11 | J | A | |
| 34. - Cmn Stk, Unilever | | | | | Buy (add'l) | 1/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Cmn Stk, Amaxon.com Inc | | | | | Sold (part) | 4/27/11 | J | B | |
| 36. | | | | | Sold | 8/4/11 | J | A | |
| 37. - Cmn Stk, Anheuser-Busch InBev | | | | | Buy (add'l) | 2/14/11 | J | | |
| 38. | | | | | Buy (add'l) | 8/10/11 | J | | |
| 39. -Cmn Stk, Hanesbrands Inc | | | | | Sold (part) | 2/24/11 | J | | |
| 40. | | | | | Sold (part) | 3/10/11 | J | | |
| 41. | | | | | Sold | 3/11/11 | J | | |
| 42. - Cmn Stk, Walt Disney Co | | | | | Buy (add'l) | 9/8/11 | J | | |
| 43. | | | | | Sold (part) | 12/1/11 | J | A | |
| 44. - Cmn Stk, HJ Heinz Co | | | | | Sold | 8/5/11 | J | A | |
| 45. - Cmn Stk, Scotts Miracle Grow Inc | | | | | Sold (part) | 1/12/11 | J | A | |
| 46. | | | | | Sold | 01/13/11 | J | A | |
| 47. - Cmn Stk, Target Corporation | | | | | Sold (part) | 9/9/11 | J | | |
| 48. - Cmn Stk, Walgreen Company | | | | | Buy (add'l) | 1/14/11 | J | | |
| 49. | | | | | Sold (part) | 5/12/11 | J | | |
| 50. | | | | | Sold | 7/28/11 | J | A | |
| 51. - Cmn Stk, Western Union Company | | | | | Buy (add'l) | 1/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 7/5/11 | J | | |
| 53. | | | | | Sold (part) | 2/18/11 | J | A | |
| 54. - Cmn Stk, 3M Company | | | | | | | | | |
| 55. - Cmn Stk, Intl Flavors & Frangrances | | | | | Buy | 1/14/11 | J | | |
| 56. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 57. - Cmn Stk, Microsoft Corp | | | | | Buy | 3/10/11 | J | | |
| 58. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 59. | | | | | Buy (add'l) | 4/29/11 | J | | |
| 60. | | | | | Buy (add'l) | 5/12/11 | J | | |
| 61. | | | | | Sold (part) | 9/14/11 | J | A | |
| 62. | | | | | Buy (add'l) | 12/2/11 | J | | |
| 63. - Cmn Stk, Danone Spon | | | | | Buy | 9/6/11 | J | | |
| 64. | | | | | Buy (add'l) | 9/16/11 | J | | |
| 65. | | | | | Buy (add'l) | 9/19/11 | J | | |
| 66. | | | | | Buy (add'l) | 11/16/11 | J | | |
| 67. - Cmn Stk, Discovery Commu Ser | | | | | Buy | 4/15/11 | J | | |
| 68. | | | | | Buy (add'l) | 12/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Cmn Stk, Staples Inc. | | | | | Buy | 6/3/11 | J | | |
| 70. | | | | | Buy (add'l) | 6/7/11 | J | | |
| 71. | | | | | Buy (add'l) | 8/5/11 | J | | |
| 72. | | | | | Sold (part) | 8/16/11 | J | A | |
| 73. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 74. | | | | | Sold (part) | 11/21/11 | J | A | |
| 75.   - Cmn Stk, William Sonoma | | | | | Buy | 8/19/11 | J | | |
| 76.   --Cmn Stk, Cheesecake Factory | | | | | Buy | 11/23/11 | J | | |
| 77. Trust # 1 - MM Acct, HS Mgmt Partners, EB Temp Inv 12/31/49 | A | Dividend | K | T | | | | | |
| 78. Trust # 1 -- Bond, US Trea Bill 4.5%, 4/26/12 | | None | O | T | Buy | 10/25/11 | O | | |
| 79. Trust # 2 -- Common Stock (IRA) | E | Dividend | P1 | T | | | | | |
| 80.   - Cmn Stk, Adobe Systems | | | | | Sold (part) | 1/19/11 | J | | |
| 81. | | | | | Sold (part) | 1/21/11 | J | B | |
| 82. | | | | | Sold (part) | 1/26/11 | J | | |
| 83. | | | | | Sold (part) | 2/18/11 | J | A | |
| 84. | | | | | Buy (add'l) | 6/17/11 | J | | |
| 85. | | | | | Buy (add'l) | 6/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 7/12/11 | J | | |
| 87. | | | | | Buy (add'l) | 7/15/11 | J | | |
| 88. | | | | | Buy (add'l) | 7/27/11 | J | | |
| 89. | | | | | Buy (add'l) | 7/28/11 | K | | |
| 90. | | | | | Buy (add'l) | 8/5/11 | J | | |
| 91. | | | | | Sold (part) | 8/9/11 | K | | |
| 92. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 93. | | | | | Buy (add'l) | 8/18/11 | J | | |
| 94. | | | | | Sold (part) | 9/15/11 | J | | |
| 95. | | | | | Sold (part) | 10/5/11 | J | | |
| 96. | | | | | Sold (part) | 10/24/11 | J | | |
| 97. | | | | | Sold (part) | 10/31/11 | J | A | |
| 98. | | | | | Sold (part) | 11/2/11 | J | A | |
| 99. | | | | | Sold (part) | 11/3/11 | J | A | |
| 100. | | | | | Sold (part) | 12/16/11 | J | A | |
| 101. -Cmn Stk, Google | | | | | Buy (add'l) | 1/24/11 | J | | |
| 102. | | | | | Sold (part) | 2/18/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 104. | | | | | Buy (add'l) | 4/21/11 | J | | |
| 105. | | | | | Buy (add'l) | 5/2/11 | J | | |
| 106. | | | | | Buy (add'l) | 5/3/11 | J | | |
| 107. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 108. | | | | | Buy (add'l) | 6/17/11 | K | | |
| 109. | | | | | Buy (add'l) | 6/23/11 | J | | |
| 110. | | | | | Sold (part) | 7/13/11 | J | C | |
| 111. | | | | | Sold (part) | 7/26/11 | J | B | |
| 112. | | | | | Sold (part) | 7/29/11 | J | D | |
| 113. | | | | | Sold (part) | 8/3/11 | J | D | |
| 114. | | | | | Sold (part) | 8/9/11 | K | E | |
| 115. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 116. | | | | | Buy (add'l) | 8/17/11 | J | | |
| 117. | | | | | Sold (part) | 9/15/11 | J | A | |
| 118. | | | | | Sold (part) | 9/16/11 | J | A | |
| 119. | | | | | Sold (part) | 11/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/1/11 | J | B | |
| 121.   - Cmn Stk, Coca-Cola Co | | | | | Buy (add'l) | 2/7/11 | J | | |
| 122. | | | | | Sold (part) | 4/6/11 | J | B | |
| 123. | | | | | Sold (part) | 4/13/11 | J | B | |
| 124. | | | | | Sold (part) | 5/4/11 | J | C | |
| 125. | | | | | Sold (part) | 7/5/11 | J | B | |
| 126. | | | | | Sold (part) | 7/12/11 | J | B | |
| 127. | | | | | Sold (part) | 7/15/11 | J | C | |
| 128. | | | | | Sold (part) | 7/26/11 | J | A | |
| 129. | | | | | Sold (part) | 7/27/11 | J | B | |
| 130. | | | | | Sold (part) | 8/9/11 | J | C | |
| 131. | | | | | Sold (part) | 9/12/11 | J | C | |
| 132. | | | | | Buy (add'l) | 12/2/11 | J | | |
| 133.   - Cmn Stk, Kellogg Co | | | | | Buy (add'l) | 1/31/11 | J | | |
| 134. | | | | | Buy (add'l) | 2/1/11 | J | | |
| 135. | | | | | Sold (part) | 3/4/11 | J | B | |
| 136. | | | | | Sold (part) | 3/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 4/12/11 | J | A | |
| 138. | | | | | Sold (part) | 4/14/11 | J | B | |
| 139. | | | | | Sold (part) | 4/29/11 | J | C | |
| 140. | | | | | Sold (part) | 5/5/11 | J | C | |
| 141. | | | | | Sold (part) | 6/8/11 | J | C | |
| 142. | | | | | Buy (add'l) | 11/9/11 | J | | |
| 143. | | | | | Buy (add'l) | 11/28/11 | J | | |
| 144. | | | | | Buy (add'l) | 12/1/11 | J | | |
| 145. | | | | | Buy (add'l) | 12/8/11 | J | | |
| 146. -Cmn Stk, McDonalds | | | | | Buy (add'l) | 1/12/11 | J | | |
| 147. | | | | | Buy (add'l) | 1/13/11 | J | | |
| 148. | | | | | Sold (part) | 4/13/11 | J | C | |
| 149. | | | | | Sold (part) | 5/18/11 | J | B | |
| 150. | | | | | Sold (part) | 5/23/11 | J | C | |
| 151. | | | | | Sold (part) | 6/15/11 | J | D | |
| 152. | | | | | Sold (part) | 6/17/11 | J | C | |
| 153. | | | | | Sold (part) | 6/23/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 7/5/11 | J | B | |
| 155. | | | | | Sold (part) | 7/12/11 | J | C | |
| 156. | | | | | Sold (part) | 7/18/11 | J | D | |
| 157. | | | | | Sold (part) | 8/9/11 | J | D | |
| 158. | | | | | Sold (part) | 8/12/11 | J | A | |
| 159. | | | | | Sold (part) | 9/19/11 | J | D | |
| 160. -Cmn Stk, Diageo PLC | | | | | Sold (part) | 5/11/11 | J | A | |
| 161. | | | | | Sold (part) | 6/6/11 | J | B | |
| 162. | | | | | Sold (part) | 8/9/11 | J | C | |
| 163. | | | | | Sold (part) | 12/12/11 | J | C | |
| 164. | | | | | Sold (part) | 12/14/11 | J | B | |
| 165. - Cmn Stk, Nestle SA | | | | | Buy (add'l) | 1/13/11 | J | | |
| 166. | | | | | Buy (add'l) | 2/9/11 | J | | |
| 167. | | | | | Sold (part) | 4/14/11 | J | C | |
| 168. | | | | | Sold (part) | 5/25/11 | J | B | |
| 169. | | | | | Sold (part) | 6/14/11 | J | B | |
| 170. | | | | | Sold (part) | 8/9/11 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 8/11/11 | K | B | |
| 172. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 173. | | | | | Buy (add'l) | 12/2/11 | J | | |
| 174. - Cmn Stk, Scripps Networks Interactive | | | | | Buy (add'l) | 1/13/11 | J | | |
| 175. | | | | | Buy (add'l) | 1/26/11 | J | | |
| 176. | | | | | Sold (part) | 3/17/11 | J | C | |
| 177. | | | | | Buy (add'l) | 5/5/11 | J | | |
| 178. | | | | | Buy (add'l) | 6/7/11 | J | | |
| 179. | | | | | Buy (add'l) | 7/18/11 | J | | |
| 180. | | | | | Buy (add'l) | 8/4/11 | J | | |
| 181. | | | | | Buy (add'l) | 8/5/11 | J | | |
| 182. | | | | | Sold (part) | 8/9/11 | K | D | |
| 183. | | | | | Buy (add'l) | 9/27/11 | J | | |
| 184. | | | | | Buy (add'l) | 9/29/11 | J | | |
| 185. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 186. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 187. -Cmn Stk, Time Warner | | | | | Buy (add'l) | 1/18/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 2/3/11 | J | D | |
| 189. | | | | | Sold (part) | 2/9/11 | J | C | |
| 190. | | | | | Sold (part) | 2/18/11 | J | D | |
| 191. | | | | | Sold (part) | 2/24/11 | J | D | |
| 192. | | | | | Buy (add'l) | 8/3/11 | J | | |
| 193. | | | | | Buy (add'l) | 8/5/11 | J | | |
| 194. | | | | | Sold (part) | 8/9/11 | K | E | |
| 195. | | | | | Buy (add'l) | 8/18/11 | J | | |
| 196. | | | | | Buy (add'l) | 8/26/11 | J | | |
| 197. | | | | | Buy (add'l) | 11/2/11 | J | | |
| 198. | | | | | Sold (part) | 11/25/11 | J | B | |
| 199. | | | | | Sold (part) | 11/28/11 | J | B | |
| 200. | | | | | Sold (part) | 12/22/11 | J | A | |
| 201. -Cmn Stk, 3M Co | | | | | Sold (part) | 2/22/11 | J | A | |
| 202. | | | | | Sold (part) | 3/8/11 | J | A | |
| 203. | | | | | Sold (part) | 4/21/11 | J | B | |
| 204. | | | | | Buy (add'l) | 7/27/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 7/28/11 | J | | |
| 206. | | | | | Sold (part) | 8/9/11 | K | | |
| 207. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 208. | | | | | Buy (add'l) | 8/26/11 | J | | |
| 209. | | | | | Sold (part) | 10/27/11 | J | | |
| 210. | | | | | Sold (part) | 11/11/11 | J | | |
| 211. | | | | | Sold (part) | 12/6/11 | J | | |
| 212. -Cmn Stk, Hasbro Inc | | | | | Buy (add'l) | 1/12/11 | J | | |
| 213. | | | | | Buy (add'l) | 4/21/11 | J | | |
| 214. | | | | | Buy (add'l) | 6/7/11 | J | | |
| 215. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 216. | | | | | Buy (add'l) | 7/13/11 | J | | |
| 217. | | | | | Buy (add'l) | 7/18/11 | J | | |
| 218. | | | | | Buy (add'l) | 7/29/11 | J | | |
| 219. | | | | | Sold (part) | 8/9/11 | K | D | |
| 220. | | | | | Buy (add'l) | 9/15/11 | J | | |
| 221. | | | | | Buy (add'l) | 9/22/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 12/5/11 | J | A | |
| 223. | | | | | Sold (part) | 12/9/11 | J | A | |
| 224. | | | | | Sold (part) | 12/19/11 | J | B | |
| 225. -Cmm Stk, EBAY Inc | | | | | Buy (add'l) | 1/21/11 | J | | |
| 226. | | | | | Buy (add'l) | 3/4/11 | J | | |
| 227. | | | | | Buy (add'l) | 4/7/11 | J | | |
| 228. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 229. | | | | | Buy (add'l) | 4/28/11 | J | | |
| 230. | | | | | Buy (add'l) | 5/2/11 | J | | |
| 231. | | | | | Buy (add'l) | 5/4/11 | J | | |
| 232. | | | | | Buy (add'l) | 5/11/11 | J | | |
| 233. | | | | | Buy (add'l) | 5/24/11 | J | | |
| 234. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 235. | | | | | Buy (add'l) | 6/15/11 | J | | |
| 236. | | | | | Sold (part) | 6/30/11 | J | C | |
| 237. | | | | | Sold (part) | 7/26/11 | J | B | |
| 238. | | | | | Sold (part) | 8/9/11 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 8/12/11 | J | B | |
| 240. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 241. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 242. | | | | | Buy (add'l) | 11/25/11 | J | | |
| 243. | | | | | Buy (add'l) | 11/29/11 | J | | |
| 244. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 245. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 246. -Cmn Stk, Unilever | | | | | Buy (add'l) | 1/26/11 | J | | |
| 247. | | | | | Buy (add'l) | 2/3/11 | J | | |
| 248. | | | | | Buy (add'l) | 2/7/11 | J | | |
| 249. | | | | | Sold (part) | 5/2/11 | J | B | |
| 250. | | | | | Sold (part) | 5/3/11 | J | A | |
| 251. | | | | | Sold (part) | 5/6/11 | J | B | |
| 252. | | | | | Sold (part) | 6/3/11 | J | A | |
| 253. | | | | | Sold (part) | 6/7/11 | J | A | |
| 254. | | | | | Sold (part) | 8/9/11 | J | D | |
| 255. | | | | | Sold (part) | 8/17/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold (part) | 8/23/11 | J | B | |
| 257.  -Cmn Stk, Costco Wholesale Corp | | | | | Sold (part) | 1/24/11 | J | C | |
| 258. | | | | | Sold (part) | 1/31/11 | J | D | |
| 259. | | | | | Sold | 2/8/11 | K | D | |
| 260.  -Cmn Stk, Amazon.com | | | | | Sold (part) | 1/3/11 | J | C | |
| 261. | | | | | Sold (part) | 1/4/11 | J | B | |
| 262. | | | | | Sold (part) | 2/10/11 | J | B | |
| 263. | | | | | Sold (part) | 2/11/11 | J | B | |
| 264. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 265. | | | | | Buy (add'l) | 3/11/11 | J | | |
| 266. | | | | | Buy (add'l) | 3/17/11 | J | | |
| 267. | | | | | Sold (part) | 4/27/11 | K | D | |
| 268. | | | | | Sold (part) | 5/2/11 | J | C | |
| 269. | | | | | Sold (part) | 7/27/11 | J | C | |
| 270. | | | | | Sold (part) | 8/1/11 | J | B | |
| 271. | | | | | Sold | 8/4/11 | J | D | |
| 272.  -Cmn Stk, Anheuser-Busch InBev | | | | | Buy (add'l) | 2/9/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 5/11/11 | J | | |
| 274. | | | | | Buy (add'l) | 7/12/11 | J | | |
| 275. | | | | | Sold (part) | 8/9/11 | K | A | |
| 276. | | | | | Sold (part) | 8/23/11 | J | A | |
| 277. | | | | | Sold (part) | 11/29/11 | J | B | |
| 278. | | | | | Sold (part) | 12/7/11 | J | A | |
| 279. | | | | | Sold (part) | 12/15/11 | J | B | |
| 280. -Cmn Stk, HJ Heinz | | | | | Buy (add'l) | 2/1/11 | J | | |
| 281. | | | | | Sold (part) | 5/24/11 | J | B | |
| 282. | | | | | Sold (part) | 5/26/11 | J | A | |
| 283. | | | | | Sold (part) | 5/27/11 | J | A | |
| 284. | | | | | Sold (part) | 6/3/11 | J | B | |
| 285. | | | | | Sold (part) | 6/7/11 | K | C | |
| 286. | | | | | Sold (part) | 6/22/11 | J | A | |
| 287. | | | | | Sold (part) | 7/15/11 | J | A | |
| 288. | | | | | Sold (part) | 7/27/11 | J | A | |
| 289. | | | | | Sold | 8/5/11 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.   -Cmn Stk, Hanesbrands Inc | | | | | Buy (add'l) | 1/27/11 | J | | |
| 291. | | | | | Sold (part) | 2/7/11 | J | A | |
| 292. | | | | | Sold (part) | 2/24/11 | K | B | |
| 293. | | | | | Sold (part) | 3/9/11 | K | A | |
| 294. | | | | | Sold (part) | 3/10/11 | K | A | |
| 295. | | | | | Sold | 3/11/11 | J | A | |
| 296.   -Cmn Stk, Scotts Miracle Grow | | | | | Sold (part) | 1/6/11 | J | A | |
| 297. | | | | | Sold (part) | 1/12/11 | K | B | |
| 298. | | | | | Sold | 1/13/11 | K | D | |
| 299.   -Cmn Stk, Target Corp | | | | | Buy (add'l) | 1/19/11 | J | | |
| 300. | | | | | Buy (add'l) | 2/18/11 | J | | |
| 301. | | | | | Buy (add'l) | 4/8/11 | J | | |
| 302. | | | | | Buy (add'l) | 4/29/11 | J | | |
| 303. | | | | | Buy (add'l) | 5/18/11 | J | | |
| 304. | | | | | Buy (add'l) | 7/5/11 | J | | |
| 305. | | | | | Sold (part) | 8/9/11 | K | | |
| 306. | | | | | Sold (part) | 8/18/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 9/9/11 | J | | |
| 308. -Cmm Stk, Walgreen Co | | | | | Sold (part) | 2/1/11 | J | B | |
| 309. | | | | | Sold (part) | 3/1/11 | J | A | |
| 310. | | | | | Sold (part) | 4/15/11 | J | B | |
| 311. | | | | | Sold (part) | 5/11/11 | J | D | |
| 312. | | | | | Sold (part) | 5/12/11 | J | B | |
| 313. | | | | | Sold (part) | 6/17/11 | J | C | |
| 314. | | | | | Sold (part) | 7/7/11 | J | A | |
| 315. | | | | | Sold | 7/28/11 | K | D | |
| 316. -Cmm Stk, Walt Disney Co | | | | | Sold (part) | 1/5/11 | J | A | |
| 317. | | | | | Sold (part) | 2/10/11 | J | A | |
| 318. | | | | | Buy (add'l) | 5/4/11 | J | | |
| 319. | | | | | Buy (add'l) | 5/11/11 | J | | |
| 320. | | | | | Buy (add'l) | 5/19/11 | J | | |
| 321. | | | | | Sold (part) | 8/9/11 | K | | |
| 322. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 323. | | | | | Buy (add'l) | 9/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 325. | | | | | Sold (part) | 11/11/11 | J | A | |
| 326. | | | | | Sold (part) | 12/1/11 | J | A | |
| 327. | | | | | Sold (part) | 12/2/11 | J | A | |
| 328. -Cmn Stk, Western Union Co | | | | | Sold (part) | 2/18/11 | J | D | |
| 329. | | | | | Sold (part) | 3/8/11 | J | B | |
| 330. | | | | | Sold (part) | 3/17/11 | J | A | |
| 331. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 332. | | | | | Buy (add'l) | 5/26/11 | J | | |
| 333. | | | | | Buy (add'l) | 5/27/11 | J | | |
| 334. | | | | | Buy (add'l) | 7/5/11 | J | | |
| 335. | | | | | Sold (part) | 7/26/11 | J | A | |
| 336. | | | | | Sold (part) | 8/9/11 | J | | |
| 337. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 338. | | | | | Buy (add'l) | 8/17/11 | J | | |
| 339. | | | | | Buy (add'l) | 8/18/11 | J | | |
| 340. | | | | | Buy (add'l) | 8/26/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 9/23/11 | J | | |
| 342. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 343.  -Cmm Stk, Intl Flavors & Fragrances | | | | | Buy | 1/12/11 | K | | |
| 344. | | | | | Buy (add'l) | 1/13/11 | J | | |
| 345. | | | | | Buy (add'l) | 1/14/11 | J | | |
| 346. | | | | | Buy (add'l) | 1/19/11 | J | | |
| 347. | | | | | Buy (add'l) | 2/8/11 | J | | |
| 348. | | | | | Buy (add'l) | 2/9/11 | J | | |
| 349. | | | | | Buy (add'l) | 2/10/11 | J | | |
| 350. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 351. | | | | | Sold (part) | 3/17/11 | J | A | |
| 352. | | | | | Sold (part) | 4/8/11 | J | A | |
| 353. | | | | | Sold (part) | 6/10/11 | J | B | |
| 354. | | | | | Sold (part) | 6/17/11 | J | B | |
| 355. | | | | | Sold (part) | 6/22/11 | J | B | |
| 356. | | | | | Sold (part) | 7/8/11 | J | B | |
| 357. | | | | | Sold (part) | 8/9/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 11/9/11 | J | | |
| 359.  -Cmn Stk, Pepsico Inc. | | | | | Buy | 2/18/11 | K | | |
| 360. | | | | | Buy (add'l) | 2/22/11 | J | | |
| 361. | | | | | Buy (add'l) | 2/24/11 | K | | |
| 362. | | | | | Buy (add'l) | 3/1/11 | J | | |
| 363. | | | | | Buy (add'l) | 4/29/11 | J | | |
| 364. | | | | | Sold (part) | 8/9/11 | K | | |
| 365. | | | | | Sold (part) | 9/21/11 | K | | |
| 366. | | | | | Sold (part) | 9/22/11 | K | | |
| 367. | | | | | Sold (part) | 9/27/11 | J | | |
| 368. | | | | | Sold | 9/29/11 | J | | |
| 369.  -Cmn Stk, Microsoft Corp. | | | | | Buy | 3/9/11 | K | | |
| 370. | | | | | Buy (add'l) | 3/10/11 | K | | |
| 371. | | | | | Buy (add'l) | 3/14/11 | J | | |
| 372. | | | | | Buy (add'l) | 3/15/11 | J | | |
| 373. | | | | | Buy (add'l) | 3/16/11 | J | | |
| 374. | | | | | Buy (add'l) | 3/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 376. | | | | | Buy (add'l) | 4/29/11 | J | | |
| 377. | | | | | Buy (add'l) | 5/2/11 | J | | |
| 378. | | | | | Buy (add'l) | 5/10/11 | J | | |
| 379. | | | | | Buy (add'l) | 5/11/11 | J | | |
| 380. | | | | | Buy (add'l) | 5/12/11 | J | | |
| 381. | | | | | Sold (part) | 7/26/11 | J | A | |
| 382. | | | | | Sold (part) | 8/9/11 | K | A | |
| 383. | | | | | Sold (part) | 9/8/11 | J | | |
| 384. | | | | | Sold (part) | 9/14/11 | J | A | |
| 385. | | | | | Buy (add'l) | 11/2/11 | J | | |
| 386. | | | | | Buy (add'l) | 11/16/11 | J | | |
| 387. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 388. | | | | | Buy (add'l) | 11/18/11 | J | | |
| 389. | | | | | Buy (add'l) | 12/1/11 | J | | |
| 390. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 391. | | | | | Sold (part) | 12/13/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.   -Cmn Stk, Discovery Communications Inc. | | | | | Buy | 4/12/11 | J | | |
| 393. | | | | | Buy (add'l) | 4/14/11 | K | | |
| 394. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 395. | | | | | Buy (add'l) | 6/10/11 | J | | |
| 396. | | | | | Buy (add'l) | 6/15/11 | K | | |
| 397. | | | | | Buy (add'l) | 8/1/11 | J | | |
| 398. | | | | | Sold (part) | 8/9/11 | K | | |
| 399. | | | | | Sold (part) | 11/21/11 | J | | |
| 400. | | | | | Sold (part) | 11/22/11 | J | A | |
| 401.   -Cmn Stk, Staples, Inc. | | | | | Buy | 6/3/11 | J | | |
| 402. | | | | | Buy (add'l) | 6/6/11 | J | | |
| 403. | | | | | Buy (add'l) | 6/7/11 | J | | |
| 404. | | | | | Buy (add'l) | 6/8/11 | J | | |
| 405. | | | | | Buy (add'l) | 6/10/11 | J | | |
| 406. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 407. | | | | | Buy (add'l) | 7/15/11 | J | | |
| 408. | | | | | Buy (add'l) | 8/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 8/5/11 | J | | |
| 410. | | | | | Sold (part) | 8/9/11 | K | | |
| 411. | | | | | Sold (part) | 8/16/11 | J | | |
| 412. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 413. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 414. | | | | | Sold (part) | 11/15/11 | J | | |
| 415. | | | | | Sold (part) | 11/16/11 | J | | |
| 416. | | | | | Sold (part) | 11/18/11 | J | | |
| 417. | | | | | Sold (part) | 11/21/11 | J | | |
| 418.  -Cmm Stk, Williams Sonoma | | | | | Buy | 8/19/11 | J | | |
| 419. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 420. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 421. | | | | | Buy (add'l) | 9/29/11 | J | | |
| 422. | | | | | Buy (add'l) | 10/3/11 | J | | |
| 423. | | | | | Sold (part) | 10/27/11 | J | B | |
| 424. | | | | | Sold (part) | 12/1/11 | J | A | |
| 425. | | | | | Sold (part) | 12/2/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. -Cmn Stk, Danone Spon | | | | | Buy | 9/6/11 | J | | |
| 427. | | | | | Buy (add'l) | 9/8/11 | J | | |
| 428. | | | | | Buy (add'l) | 9/9/11 | J | | |
| 429. | | | | | Buy (add'l) | 9/12/11 | J | | |
| 430. | | | | | Buy (add'l) | 9/16/11 | J | | |
| 431. | | | | | Buy (add'l) | 9/19/11 | J | | |
| 432. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 433. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 434. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 435. -Cmn Stk, Cheesecake Factory Inc. | | | | | Buy | 11/21/11 | J | | |
| 436. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 437. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 438. | | | | | Buy (add'l) | 12/8/11 | J | | |
| 439. --Cmn Stk, Charles Schwab Corp. | | | | | Buy | 12/8/11 | J | | |
| 440. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 441. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 442. | | | | | Buy (add'l) | 12/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 43

Name of Person Reporting

Stahl, Norman H.

Date of Report

7/26/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 444. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 445. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 446. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 447. Trust # 2 -- Money Market Funds (IRA) | B | Dividend | L | T | | | | | |
| 448. -Dan Charitable Temp Invest 12/31/2049 | | | | | | | | | |
| 449. Trust # 2 -- Bonds (IRA) | | None | O | T | | | | | |
| 450. -Bond, US Treas Bill 4.5%, 4/26/12 | | | | | Buy | 10/25/11 | O | | |
| 451. Trust # 3 -- Common Stock | E | Dividend | O | T | | | | | |
| 452. -Cmn Stk, Exxon Mobil | | | | | | | | | |
| 453. -Cmn Stk, Pepsico | | | | | Buy (add'l) | 2/18/11 | J | | |
| 454. | | | | | Buy (add'l) | 3/4/11 | J | | |
| 455. | | | | | Buy (add'l) | 3/15/11 | J | | |
| 456. | | | | | Sold (part) | 9/21/11 | J | | |
| 457. | | | | | Sold (part) | 9/22/11 | J | | |
| 458. | | | | | Sold (part) | 9/29/11 | J | | |
| 459. -Cmn Stk, Kellogg Co | | | | | Sold (part) | 3/4/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 4/14/11 | J | A | |
| 461. | | | | | Sold (part) | 6/8/11 | J | A | |
| 462. | | | | | Buy (add'l) | 12/8/11 | J | | |
| 463. -Cmn Stk, Adobe Systems Inc | | | | | Sold (part) | 1/21/11 | J | A | |
| 464. | | | | | Sold (part) | 1/26/11 | J | B | |
| 465. | | | | | Sold (part) | 2/18/11 | J | B | |
| 466. | | | | | Buy (add'l) | 6/22/11 | J | | |
| 467. | | | | | Buy (add'l) | 7/27/11 | J | | |
| 468. | | | | | Buy (add'l) | 7/28/11 | J | | |
| 469. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 470. | | | | | Sold (part) | 9/15/11 | J | | |
| 471. | | | | | Sold (part) | 10/24/11 | J | | |
| 472. | | | | | Sold (part) | 11/3/11 | J | | |
| 473. -Cmn Stk, Coca Cola Company | | | | | Sold (part) | 4/6/11 | J | B | |
| 474. | | | | | Sold (part) | 5/4/11 | J | B | |
| 475. | | | | | Sold (part) | 7/26/11 | J | A | |
| 476. | | | | | Sold (part) | 9/12/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 43

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

7/26/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. -Cmm Stk, Costco Wholesale Corp | | | | | Sold (part) | 1/24/11 | J | B | |
| 478. | | | | | Sold | 2/8/11 | J | C | |
| 479. -Cmm Stk, Diageo PLC | | | | | Buy (add'l) | 1/12/11 | J | | |
| 480. | | | | | Sold (part) | 4/15/11 | J | B | |
| 481. -Cmm Stk, Ebay Inc | | | | | Buy (add'l) | 1/21/11 | J | | |
| 482. | | | | | Buy (add'l) | 4/28/11 | J | | |
| 483. | | | | | Buy (add'l) | 5/4/11 | J | | |
| 484. | | | | | Buy (add'l) | 5/12/11 | J | | |
| 485. | | | | | Buy (add'l) | 5/25/11 | J | | |
| 486. | | | | | Sold (part) | 8/12/11 | J | B | |
| 487. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 488. | | | | | Buy (add'l) | 11/29/11 | J | | |
| 489. -Cmm Stk, Gartner, Inc | | | | | Sold | 1/3/11 | K | E | |
| 490. -Cmm Stk, Google Inc | | | | | Buy (add'l) | 1/24/11 | J | | |
| 491. | | | | | Sold (part) | 2/18/11 | J | B | |
| 492. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 493. | | | | | Buy (add'l) | 6/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 43

Name of Person Reporting

Stahl, Norman H.

Date of Report

7/26/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 7/26/11 | J | B | |
| 495. | | | | | Buy (add'l) | 8/18/11 | J | | |
| 496. | | | | | Sold (part) | 9/15/11 | J | B | |
| 497. | | | | | Sold (part) | 11/23/11 | J | A | |
| 498. -Cmm Stk, Hasbro Inc | | | | | Buy (add'l) | 1/12/11 | J | | |
| 499. | | | | | Buy (add'l) | 7/18/11 | J | | |
| 500. | | | | | Buy (add'l) | 9/15/11 | J | | |
| 501. | | | | | Buy (add'l) | 9/29/11 | J | | |
| 502. | | | | | Sold (part) | 12/5/11 | J | B | |
| 503. | | | | | Sold (part) | 12/19/11 | J | B | |
| 504. -Cmm Stk, McDonalds Corp | | | | | Sold (part) | 6/15/11 | J | C | |
| 505. | | | | | Sold (part) | 6/23/11 | J | C | |
| 506. | | | | | Sold (part) | 7/18/11 | J | B | |
| 507. | | | | | Sold (part) | 8/12/11 | J | A | |
| 508. -Cmm Stk, Nestle | | | | | Sold (part) | 8/11/11 | J | B | |
| 509. -Cmm Stk, Scripps NTWK | | | | | Buy (add'l) | 2/10/11 | J | | |
| 510. | | | | | Buy (add'l) | 8/4/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 7/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 9/29/11 | J | | |
| 512.  -Cmn Stk, Time Warner Inc | | | | | Sold (part) | 2/9/11 | J | C | |
| 513. | | | | | Sold (part) | 2/18/11 | J | B | |
| 514. | | | | | Sold (part) | 2/24/11 | J | B | |
| 515. | | | | | Buy (add'l) | 8/5/11 | J | | |
| 516.  -Cmn Stk, Unilever | | | | | Buy (add'l) | 1/26/11 | J | | |
| 517. | | | | | Buy (add'l) | 2/11/11 | J | | |
| 518. | | | | | Sold (part) | 5/2/11 | J | A | |
| 519. | | | | | Sold (part) | 5/6/11 | J | A | |
| 520. | | | | | Sold (part) | 6/7/11 | J | A | |
| 521. | | | | | Sold (part) | 8/23/11 | J | B | |
| 522.  -Cmn Stk, 3M Company | | | | | Buy (add'l) | 1/25/11 | J | | |
| 523. | | | | | Sold (part) | 3/8/11 | J | C | |
| 524. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 525.  -Cmn Stk, Amazon.com Inc | | | | | Sold (part) | 3/3/11 | J | B | |
| 526. | | | | | Sold (part) | 4/27/11 | J | C | |
| 527. | | | | | Sold | 8/4/11 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 43

Name of Person Reporting

Stahl, Norman H.

Date of Report

7/26/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Cmn Stk, Anheuser-Busch InBev | | | | | Buy (add'l) | 2/9/11 | J | | |
| 529. -Cmn Stk, Walt Disney Co | | | | | Buy (add'l) | 8/5/11 | J | | |
| 530. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 531. | | | | | Sold (part) | 12/2/11 | J | A | |
| 532. -Cmn Stk, Hanesbrands Inc | | | | | Buy (add'l) | 1/18/11 | J | | |
| 533. | | | | | Sold (part) | 2/7/11 | J | A | |
| 534. | | | | | Sold (part) | 2/24/11 | J | A | |
| 535. | | | | | Sold (part) | 3/9/11 | J | A | |
| 536. | | | | | Sold (part) | 3/10/11 | J | A | |
| 537. | | | | | Sold | 3/11/11 | J | A | |
| 538. -Cmn Stk, HJ Heinz Co | | | | | Buy (add'l) | 2/1/11 | J | | |
| 539. | | | | | Sold (part) | 6/3/11 | J | A | |
| 540. | | | | | Sold (part) | 6/22/11 | J | A | |
| 541. | | | | | Sold (part) | 7/27/11 | J | A | |
| 542. | | | | | Sold | 8/5/11 | J | A | |
| 543. -Cmn Stk, Scotts Miracle Grow Co | | | | | Sold (part) | 1/12/11 | J | A | |
| 544. | | | | | Sold | 1/13/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 43

Name of Person Reporting

Stahl, Norman H.

Date of Report

7/26/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  -Cmn Stk, Target Corporation | | | | | Buy (add'l) | 2/22/11 | J | | |
| 546. | | | | | Sold (part) | 9/9/11 | J | | |
| 547.  -Cmn Stk, Walgreen Company | | | | | Sold (part) | 2/1/11 | J | A | |
| 548. | | | | | Sold (part) | 4/15/11 | J | A | |
| 549. | | | | | Sold (part) | 5/12/11 | J | B | |
| 550. | | | | | Sold (part) | 7/7/11 | J | A | |
| 551. | | | | | Sold | 7/28/11 | J | B | |
| 552.  -Cmn Stk, Western Union Company | | | | | Sold (part) | 2/18/11 | J | A | |
| 553. | | | | | Sold (part) | 3/8/11 | J | A | |
| 554. | | | | | Buy (add'l) | 7/5/11 | J | | |
| 555. | | | | | Buy (add'l) | 8/16/11 | J | | |
| 556. | | | | | Buy (add'l) | 8/17/11 | J | | |
| 557. | | | | | Buy (add'l) | 9/23/11 | J | | |
| 558.  -Cmn Stk, Int Flavors & Frangrances Inc. | | | | | Buy | 1/12/11 | J | | |
| 559. | | | | | Buy (add'l) | 1/14/11 | J | | |
| 560. | | | | | Buy (add'l) | 2/24/11 | J | | |
| 561. | | | | | Sold (part) | 6/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Stahl, Norman H.

Date of Report

7/26/2012

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -Cmn Stk, Microsoft Corp | | | | | Buy | 3/9/11 | J | | |
| 563. | | | | | Buy (add'l) | 3/10/11 | J | | |
| 564. | | | | | Buy (add'l) | 3/14/11 | J | | |
| 565. | | | | | Buy (add'l) | 3/15/11 | J | | |
| 566. | | | | | Buy (add'l) | 3/17/11 | J | | |
| 567. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 568. | | | | | Buy (add'l) | 5/2/11 | J | | |
| 569. | | | | | Buy (add'l) | 5/10/11 | J | | |
| 570. | | | | | Buy (add'l) | 5/12/11 | J | | |
| 571. | | | | | Sold (part) | 9/8/11 | J | A | |
| 572. | | | | | Buy (add'l) | 11/16/11 | J | | |
| 573. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 574. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 575. | | | | | Sold (part) | 12/13/11 | J | | |
| 576. -Cmn Stk, Discovery Communications Inc. | | | | | Buy | 4/14/11 | J | | |
| 577. | | | | | Buy (add'l) | 4/15/11 | J | | |
| 578. | | | | | Buy (add'l) | 6/15/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 11/22/11 | J | A | |
| 580. -Cmm Stk, Staples Inc. | | | | | Buy | 6/3/11 | J | | |
| 581. | | | | | Buy (add'l) | 6/7/11 | J | | |
| 582. | | | | | Buy (add'l) | 6/8/11 | J | | |
| 583. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 584. | | | | | Buy (add'l) | 8/1/11 | J | | |
| 585. | | | | | Sold (part) | 8/16/11 | J | | |
| 586. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 587. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 588. | | | | | Sold (part) | 11/15/11 | J | | |
| 589. | | | | | Sold (part) | 11/16/11 | J | | |
| 590. | | | | | Sold (part) | 11/21/11 | J | | |
| 591. -Cmm Stk, Williams Sonoma | | | | | Buy | 8/19/11 | J | | |
| 592. | | | | | Buy (add'l) | 8/23/11 | J | | |
| 593. | | | | | Buy (add'l) | 9/22/11 | J | | |
| 594. -Cmm Stk, Danone | | | | | Buy | 9/8/11 | J | | |
| 595. | | | | | Buy (add'l) | 9/9/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Buy (add'l) | 9/12/11 | J | | |
| 597. | | | | | Buy (add'l) | 9/13/11 | J | | |
| 598. | | | | | Buy (add'l) | 9/19/11 | J | | |
| 599. | | | | | Buy (add'l) | 9/21/11 | J | | |
| 600. | | | | | Buy (add'l) | 11/16/11 | J | | |
| 601. --Cmn Stk, Cheesecake Factory | | | | | Buy | 11/21/11 | J | | |
| 602. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 603. -Cmn Stk, The Charles Schwab Corp | | | | | Buy | 12/12/11 | J | | |
| 604. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 605. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 606. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 607. Trust # 3 -- Bonds | | None | N | T | | | | | |
| 608. -Bond, U.S. Treasury Bill 4.5%, 4/26/12 | | | | | Buy | 10/25/11 | N | | |
| 609. Trust # 3 -- Cash & Equivalents | A | Dividend | L | T | | | | | |
| 610. -MM Acct, Dan Charitable Temp, 12/31/2049 | | | | | | | | | |
| 611. Trust # 4 - Bonds | E | Interest | N | T | | | | | |
| 612. -Massachusetts Bay Trans Auth Bond 5.5%, 3/1/11 | | | | | Redeemed | 3/1/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -Dighton & Rehoboth MA Bond 4.75%, 5/1/13 | | | | | Redeemed | 3/23/11 | K | A | |
| 614. -Wenham MA Bond 4.95%, 6/1/17 | | | | | | | | | |
| 615. -Las Vegas NV GO 5% 4/1/15 Bond | | | | | | | | | |
| 616. -Lowell MA GO 5% 12/15/15 Bond | | | | | | | | | |
| 617. -Massachusetts St Sch Bldg Auth Bond, 5%, 8/15/14 | | | | | | | | | |
| 618. -Jefferson Cnty Al Ltd Oblig Bond, 5.25%, 1/1/16 | | | | | | | | | |
| 619. -Massachusetts St Dev Fin Bond, 5%, 9/1/19 | | | | | | | | | |
| 620. -Town of Braintree MA 5%, 05/15/19 | | | | | | | | | |
| 621. -Houston Tex ARPT Sys Rev 5%, 07/01/21 | | | | | | | | | |
| 622. -Massachusetts St Wtr 5 %, 08/01/21 | | | | | | | | | |
| 623. -Norwood Mass Mun 5%, 08/15/2013 | | | | | | | | | |
| 624. -Broward Cnty Fla 5%, 10/01/2017 | | | | | | | | | |
| 625. -Pittsfield Mass Rfdg St 5%, 03/01/2020 | | | | | | | | | |
| 626. -Massachusetts St Cons Loan 4% 8/1/13 | | | | | Buy | 3/3/11 | K | | |
| 627. -Massachusetts Bay Transn Auth 5% 7/1/22 | | | | | Buy | 3/24/11 | K | | |
| 628. Trust # 5 -IRA | B | Dividend | L | T | | | | | |
| 629. -Shrs, Europacific Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. -Shrs, Washington Mutual Investors Fund | | | | | | | | | |
| 631. Trust # 6 -IRA | C | Dividend | M | T | | | | | |
| 632. -Shrs, Europacific Growth Fund | | | | | | | | | |
| 633. -Shrs, Washington Mutual Investors Fund | | | | | | | | | |
| 634. Ckg Acct, ▓▓▓▓▓ | A | Interest | J | T | | | | | |
| 635. MM Acct, Citizens Bank | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Please note that most of the stocks, bonds, and money money market and restricted cash accounts were listed individually in the 2010 report. The 2011 Report now contains each entry in its respective trust.

Part VII: Please note that in my 2010 report, I listed a restricted cash account in my IRA with DSM Capital Partners on line 61. The funds in this account were trasferred to my Dan Charitable Temp. Fund, line 448, in the 2011 report.

Part VII: Please note that in my 2010 report, I listed a restricted cash account in my with DSM Capital Partners on line 91. The funds in this account were trasferred to the Dan Charitable Temp. and EB Temp Inv. Funds, lines 77 and 610, in the 2011 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Norman H. Stahl**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544